BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 2:10-mj-00081 DAD |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| CUONG NGUYEN, and ) ) | |
| ) Defendant. ) | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Cuong NGUYEN, by and through his counsel Erin Radekin, Esq., that good cause exists to extend the preliminary hearing currently set for April 9, 2010, at 2:00 p.m. to May 10, 2010, pursuant to Federal Rule of Criminal Procedure 5.1(d).

   Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because extensive discovery will be provided to the defense and a draft plea agreement prior to the next preliminary hearing date.  The government and defendant believe a resolution can be reached in his case and such a pre-indictment resolution of the case would benefit the defendant.  As a

1  result, the defendant agrees that a continuance of the preliminary
2  hearing date will not prejudice the defendant because a pre-
3  indictment resolution could result in overall sentencing exposure
4  that is significantly reduced for the defendant.  Counsel believe a
5  resolution on this case may occur if additional time to continue the
6  preliminary hearing is granted.
7      The parties stipulate that the ends of justice are served by
8  the Court excluding time from April 9, 2010, to May 10, 2010, so
9  that counsel for the defendant may have reasonable time necessary
10 for effective preparation, taking into account the exercise of due
11 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the
12 defense agrees that it needs additional time to continue discussions
13 with the government regarding resolution of the case against this
14 defendant, reviewing the voluminous discovery in the case,
15 effectively evaluate the posture of the case and potentially prepare
16 for trial, and conduct further investigation into mitigation of the
17 defendant's federal sentencing exposure in this case.  Id.  For
18 these reasons, the defendant, defense counsel, and the government
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  stipulate and agree that the interests of justice are served by
2  granting this continuance outweigh the best interests of the public
3  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A);
4  Local Code T4.
5
6  DATED: April 8, 2010                /s/Jason Hitt
                                        JASON HITT
7                                       Assistant U.S. Attorney

8  DATED: April 8, 2010                /s/Jason Hitt for Ms. Radekin
                                        ERIN RADEKIN, ESQ.
9                                       Counsel for defendant Cuong
                                        NGUYEN
10                                      Authorized to sign for Ms.
                                        Radekin on 04-08-10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for April 9, 2010, to May 10, 2010, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from April 9, 2010, up to and including May 10, 2010.

**IT IS SO ORDERED.**

DATE:  April 8, 2010.

_____
U.S. MAGISTRATE JUDGE