```
BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CUONG NGUYEN, ) <br> ) <br> Defendant. ) <br> _____) | Mag. No. 2:10-mj-00081 DAD <br><br> STIPULATION AND <br> ORDER CONTINUING <br> PRELIMINARY HEARING AND <br> EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Cuong NGUYEN, by and through his counsel Erin Radekin, Esq., that good cause exists to extend the preliminary hearing currently set for May 10, 2010, at 2:00 p.m. to June 15, 2010, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because discovery has been provided to the defense and a discussions about a proposed resolution have been ongoing since the last continuance was granted. The government has agreed to provide a draft plea agreement within the next week for the defendant's consideration. The government and

1

defendant believe a resolution can be reached in his case and such a pre-indictment resolution of the case would benefit the defendant. As a result, the defendant agrees that a continuance of the preliminary hearing date will not prejudice the defendant because a pre-indictment resolution could result in overall sentencing exposure that is significantly reduced for the defendant.  Counsel believe a resolution on this case may occur if additional time to continue the preliminary hearing is granted.

The parties stipulate that the ends of justice are served by the Court excluding time from May 10, 2010, to June 14, 2010, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs additional time to continue discussions with the government regarding resolution of the case against this defendant, reviewing the voluminous discovery in the case, effectively evaluate the posture of the case and potentially prepare for trial, and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case.  <u>Id.</u>  For these reasons, the defendant, defense counsel, and the government

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: May 10, 2010                /s/Jason Hitt
                                   JASON HITT
                                   Assistant U.S. Attorney

DATED: May 10, 2010                /s/Jason Hitt for Ms. Radekin
                                   ERIN RADEKIN, ESQ.
                                   Counsel for defendant Cuong NGUYEN
                                   Authorized to sign for Ms. Radekin on 05-10-10

　　　Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

　　　1.   The Court finds good cause to extend the Preliminary Hearing currently set for May 10, 2010, to June 14, 2010, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

　　　2.   Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, time under the Speedy Trial Act shall be excluded from May 10, 2010, up to and including June 14, 2010.

　　　**IT IS SO ORDERED.**

DATED:  May 10, 2010.
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE