**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CUONG NGUYEN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>CUONG NGUYEN,<br><br>           Defendant. | Case # 2:10-mj-0081 DAD<br><br>**STIPULATION AND [] ORDER TO CONTINUE PRELIMINARY EXAMINATION AND EXCLUDE TIME** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jaston Jitt, and defendant, Cuong Nguyen, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for preliminary examination, June 14, 2010 at 2:00 p.m. in the courtroom of the Honorable Kimberly J. Mueller, and to continue the preliminary hearing to June 28, 2010 at 2:00 p.m. in the courtroom of the Honorable Gregory G. Hollows.

Good cause exists to extend time for the preliminary examination within the meaning of Rule 5.1(d) because plea negotiations have been ongoing between the parties since the last continuance wat granted, and, as a result, the government has provided the defendant with a proposed plea agreement. Additional time is needed, however, for Ms. Radekin to go over the plea agreement with Mr. Nguyen. The government and the defense believe that this case will settle.  Further, the defendant agrees that a continuance will not result in prejudice to him because such preindictment negotiations will result in a

significantly lower sentence than he would otherwise expect to receive under the guidelines.

The parties further agree and stipulate that the time period from the filing of this stipulation until June 28, 2010 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: June 11, 2010                             BENJAMIN WAGNER
                                                 United States Attorney

                                          By:    /s/ Jason Hitt
                                                 JASON HITT
                                                 Assistant United States Attorney

Dated: June 11, 2010                             /s/ Erin J. Radekin
                                                 ERIN J. RADEKIN
                                                 Attorney for Defendant
                                                 CUONG NGUYEN

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the preliminary examination date of June 14, 2010 at 2:00 p.m. is VACATED and the above-captioned matter is set for preliminary examination on June 28, 2010 at 2:00 p.m.  The Court finds excludable time in this matter through June 28, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  June 11, 2010.

_____
U.S. MAGISTRATE JUDGE

-2-