1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  CUONG NGUYEN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **10-CR-081 DAD** |
| Plaintiff, | |
| v. | |
| CUONG NGUYEN, | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| Defendant. | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jaston Jitt, and defendant, Cuong Nguyen, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for preliminary examination, June 28, 2010 at 2:00 p.m. in the courtroom of the Honorable Gregory G. Hollows, and to continue the preliminary hearing to July 19, 2010 at 2:00 p.m. in the courtroom of the Honorable Kendall J. Newman.

Good cause exists to extend time for the preliminary examination within the meaning of Rule 5.1(d) to permit the parties additional time to resolve remaining issues concerning the plea agreement and to permit Ms. Radekin to discuss these issues with Mr. Nguyen.  Mr. Nguyen agrees that a continuance will not result in prejudice to him because such preindictment negotiations will result in a significantly lower sentence than he would otherwise expect to receive under the guidelines.

The parties further agree and stipulate that the time period from the filing of this stipulation until July 19, 2010 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: June 25, 2010                               BENJAMIN WAGNER
                                                   United States Attorney

                                           By:     /s/ Jason Hitt
                                                   JASON HITT
                                                   Assistant United States Attorney

Dated: June 25, 2010                                /s/ Erin J. Radekin
                                                   ERIN J. RADEKIN
                                                   Attorney for Defendant
                                                   CUONG NGUYEN

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the preliminary examination date of June 28, 2010 at 2:00 p.m. is VACATED and the above-captioned matter is set for preliminary examination on July 19, 2010 at 2:00 p.m. in the courtroom of the Honorable Kendall J. Newman.  The Court finds excludable time in this matter through July 19, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: June 28, 2010                                /s/ Gregory G. Hollows
                                                   HON. GREGORY G. HOLLOWS
                                                   United States Magistrate Judge

nguyen.ord