**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CUONG NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CUONG NGUYEN,<br><br>    Defendant. | 10-mj-00081 DAD<br><br>**STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION AND EXCLUDE TIME** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jaston Hitt, and defendant, Cuong Nguyen, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for preliminary examination, August 23, 2010 at 2:00 p.m. in the courtroom of the Honorable Kimberly J. Mueller, and to continue the preliminary hearing to September 7, 2010 at 2:00 p.m. in the courtroom of the Honorable Gregory G. Hollows.

Good cause exists to extend time for the preliminary examination within the meaning of Rule 5.1(d) to permit Mr. Nguyen additional time to discuss the plea agreement with his family and with counsel. Mr. Nguyen agrees that a continuance will not result in prejudice to him because the current plea agreement will result in a significantly lower sentence than he would otherwise expect to receive under the guidelines.

1  The parties further agree and stipulate that the time period from the filing of this stipulation
2 until September 7, 2010 should be excluded in computing time for commencement of trial under the
3 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
4 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
5 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
6 outweigh the best interests of the public and the defendant in a speedy trial.
7  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
8 IT IS SO STIPULATED
9 Dated: August 20, 2010                                    BENJAMIN WAGNER
                                                           United States Attorney
10
                                                    By:      /s/ Jason Hitt
11                                                         JASON HITT
                                                           Assistant United States Attorney
12
13 Dated: August 20, 2010                                     /s/ Erin J. Radekin
                                                           ERIN J. RADEKIN
14                                                         Attorney for Defendant
                                                           CUONG NGUYEN
15

16
                                                **ORDER**
17
    For the reasons set forth in the accompanying stipulation and declaration of counsel, the
18
preliminary examination date of August 23, 2010 at 2:00 p.m. is VACATED and the above-captioned
19
matter is set for preliminary examination on September 7, 2010 at 2:00 p.m. in the courtroom of the
20
Honorable Gregory G. Hollows.  The Court finds excludable time in this matter through September 7,
21
2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to
22
allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the
23
parties, the Court finds that the interest of justice served by granting the request outweigh the best
24
interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).
25
IT IS SO ORDERED.
26
Dated:  August 20, 2010.
27
28
                                                           U.S. MAGISTRATE JUDGE

-2-