**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CUONG NGUYEN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>CUONG NGUYEN,<br><br>            Defendant. | 2:10-CR-00392 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND MODIFY SENTENCING SCHEDULE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jaston Hitt, and defendant, Cuong Nguyen, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, February 7, 2011, and to continue the judgment and sentencing to March 14, 2011 at 10:00 a.m. in the courtroom of the Honorable Frank C. Damrell, Jr.

In addition, the parties stipulate to the following modification to the sentencing schedule:

| | |
|---|---|
| Informal objections to the pre-sentence report | February 14, 2011 |
| Final pre-sentence report | February 21, 2011 |
| Motion for correction of the pre-sentence report | February 28, 2011 |
| Government's reply, or statement of non-opposition | March 7, 2011 |

The reason for this request is that the defense needs additional time to prepare for sentencing. The Court is advised that Mr. Hitt concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: January 14, 2011                     BENJAMIN WAGNER
                                            United States Attorney

                                            By:     /s/ Jason Hitt
                                            JASON HITT
                                            Assistant United States Attorney

Dated: January 14, 2011                            /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            CUONG NGUYEN

### **ORDER**

IT IS HEREBY ORDERED that judgment and sentencing currently scheduled for February 7, 2011 be VACATED and the matter continued to **March 14, 2011 at 10:00 a.m.** for judgment and sentencing in the courtroom of Frank C. Damrell, Jr.

IT IS FURTHER ORDERED that the sentencing schedule be set as follows:

| | |
|---|---|
| Informal objections to the pre-sentence report | February 14, 2011 |
| Final pre-sentence report | February 21, 2011 |
| Motion for correction of the pre-sentence report | February 28, 2011 |
| Government's reply, or statement of non-opposition | March 7, 2011 |

IT IS SO ORDERED.

Dated: January 14, 2011

                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE

-2-