MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:   (510) 486-0800
Facsimile:   (510) 486-0801

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CUONG NGUYEN,<br><br>　　　　　Defendant. | Case No.  2:10 CR 00392-MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Morrison C. England, Jr. |

　　　　Defendant, CUONG NGUYEN, by and through his attorney, Michael Hinckley, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On March 14, 2011, this Court sentenced Mr. Nguyen to a low end term of 97 months imprisonment;

　　　　3.　　His total offense level was 29, his criminal history category was II, and the resulting guideline range was 97 to 121 months;

4. The sentencing range applicable to Mr. Nguyen was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Nguyen's total offense level has been reduced from 29 to 27, and his amended guideline range is 78 to 97 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Nguyen's term of imprisonment to a low end term of 78 months.

Respectfully submitted,

**IT IS SO STIPULATED.**

Dated: 6/3/15          /s/ Jason Hitt

JASON HITT
Assistant United States Attorney

Dated: 6/3/15          /s/Michael Hinckley

MICHAEL HINCKLEY
Attorneys for Defendant

U.S. v. Cuong Xuan Nguyen, 2:10-CR-00392-01 ECD

# ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Nguyen is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 78 to 97 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2011 is reduced to a term of 78 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Nguyen shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  June 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

U.S. V. Cuong Xuan Nguyen, 2:10 CR 00392-01 ECD